IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-PSF-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Objection to Defendant's Ex Parte Communication with the Court and Motion to Strike All Ex Parte Pleadings Pursuant to Fed.Civ.P. Rule 12(f)** [Doc. #34, filed 7/9/07] (the "Motion to Strike"). The Motion to Strike is DENIED.

The plaintiff seeks an order striking the defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint [Doc. #20, filed 5/7/07] and Defendants' Motion to Dismiss [Doc. #23, filed 5/17/07] on the grounds that the motions were not properly served on him. The plaintiff refers to the motions as "*ex parte*" because he did not receive a copy of them.

As a preliminary matter, the motions were filed with the Clerk's Office and are public record.  Therefore, the motions were not submitted as *ex parte* communications.

The motions both certify that they were served on the plaintiff at his address of record. Moreover, counsel for defendants states that the motions were processed according to standard protocol, which includes placing them in the outgoing mail.  Finally, in an effort to ensure that the plaintiff receives copies of the motions, the defendants attach copies of the motions to their response to the Motion to Strike.

IT IS ORDERED that the Motion to Strike is DENIED.

Dated August 2, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge