IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-PSF-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Answer to Defendant's Motion to Dismiss and Plaintiff's Motion for Default Judgment** [Docs. #27 and 28, filed 5/30/07] (the "Paper"). The Paper is both a response to the defendants' motion to dismiss and a motion for default judgment against the defendant. "A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper." D.C.COLO.LCivR 7.2C. Accordingly,

IT IS ORDERED that the Paper is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall file a response to the defendants' motion to dismiss on or before **September 14, 2007**. No further extensions will be granted.

Dated August 20, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge