IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-02254-LTB-BNB | Date: May 21, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

DAVID W. IRONS,                                   Pro Se by telephone

          Plaintiff(s),

v.

ENDRE SAMU,                                        James Quinn
Lt.
ANITA BLOOR,
Dr., and John and or Jane Doe's
COLORADO DEPARTMENT OF CORRECTIONS,
et al
TRAVIS TRANI,
RON JONES, and
SHANE JOHNSON,

          Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:18 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**   **Plaintiff's motion for leave to proceed with depositions through written question pursuant to Fed. R. Civ. P. Rule 31 (A) and (B) filed April 14, 2008; Doc 66 is granted in part and denied in part as stated on the record.**

Court in Recess     9:44 a.m.     Hearing concluded.     Total time in court:     00:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.