IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-LTB-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**ORDER**
_____

This matter is before me on two letters filed by the plaintiff [Docs. #85 and #87, filed 6/12/2008 and 6/17/2008] (the "Letters"). In the Letters, the plaintiff seeks review of his written interrogatories and clarification regarding the procedure for submitting interrogatories. The Letters are addressed to me.

The plaintiff does not certify that copies of the Letters were served on the other parties or their attorneys. The local rules of this Court prohibit ex parte communications with judicial officers:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.

D.C.COLO.LCivR 77.2.

Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed.R.Civ.P. 5. Rule 5 provides:

> Every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.
> * * *
> All papers after the complaint required to be served upon a party, together with a certificate of service, shall be filed with the court within a reasonable time after service.

Fed.R.Civ.P. 5(a) and (d).

Service upon other parties may be by mail. Proof that service has been made is provided by a certificate of service. This certificate should be filed along with the original papers and should show the day and manner of service.

In addition, "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought. . . . The rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules." Fed.R.Civ.P. 7(b). The plaintiff submits his applications to the Court in the form of letters, not in the form of motions.

IT IS ORDERED that the Letters are STRICKEN.

Dated June 25, 2008.

                                        BY THE COURT:

                                        /s/ Boyd N. Boland
                                        United States Magistrate Judge