IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-LTB-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Clarify** [Doc. #90, filed 7/17/08] (the "Motion"). The plaintiff seeks clarification of my order dated May 21, 2008 [Doc. #80]. The Motion is GRANTED.

On April 14, 2008, the plaintiff filed "Plaintiff's Motion for Leave to Proceed With Depositions Through Written Question Pursuant to Fed. R. Civ. P. 31(a) and (b)" [Doc. # 66]. On May 21, 2008, I held a hearing on the plaintiff's motion. I granted the motion to allow the plaintiff to "serve 40 additional interrogatories on the Department of Corrections, with not more than 10 of those interrogatories addressed specifically to each of the following employees of the Department of Corrections, to be answered under oath by the particular employee to whom they are directed: (a) Pamela McMillen; (b) Gaileen Crowell; (c) Debbie Outen; and (d) Sgt. Romero."

The plaintiff seeks clarification as to whether he is to serve his interrogatories on the Director of Legal Services for the Department of Corrections or on the Colorado Attorney General's Office (counsel for the defendants). At the hearing, I stated that the plaintiff shall direct his interrogatories to the Department of Corrections, and shall direct particular questions to each the above-listed individuals. I did not specify upon whom the interrogatories should be served. Accordingly,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff shall serve his interrogatories on counsel for the defendants who shall in turn obtain answers or objections to the interrogatories.

Dated July 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge