IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-LTB-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Compel Pursuant to Federal Civil Rule 37** [Doc. #93, filed 7/29/08] (the "Motion"). The plaintiff seeks an order compelling the defendants to provide responses to his discovery requests. The defendants state that the responses are being mailed no later than August 22, 2008 [Doc. #97]. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated August 25, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge