**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02254-LTB-BNB

DAVID IRONS,

    Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.
_____

**ORDER**
_____

    This case is before me on "Plaintiff's Objections to Honorable Magistrate Boland's Order Denying the Plaintiff's Motion to Compel Entered 8/25/08" (Doc 106). I have reviewed the objections in light of the file and record in this case. Upon such review, I cannot conclude that the Magistrate Judge's ruling was either clearly erroneous or contrary to law. Fed.R.Civ.P. 72(a)

    BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: September 22, 2008