IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-PAB-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion Requesting an Ammendment** [sic] **to Honorable Magistrate Boland's Order. . . .** [Doc. #123, filed 10/30/08] (the "Motion"). The Motion is DENIED.

I have set an evidentiary hearing in this case for December 4, 2008 [Doc. #118]. In addition, I have issued writs to cause the plaintiff and another inmate, Dennis Blay, to appear at the hearing [Docs. #119 and #120]. The plaintiff requests that I order the Colorado Department of Corrections to transport the plaintiff and Mr. Blay to and from the hearing in the same day; place them in segregation while away from their facilities; and ensure that they are provided with "any necessary medications, diet snacks, etc." These matters are all within the discretion of their jailors, and I will not interfere absent issues rising to a Constitutional level.

IT IS ORDERED that the Motion is DENIED.

Dated November 7, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge