IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-PAB-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Plaintiff's Motion for Reconsideration [etc.]** [Doc. # 128, filed 11/14/2008] (the "Motion for Reconsideration"); and

(2) **Plaintiff's Motion Requesting the Issuance of Habeus Corpus Testificancum for Inmate Witnesses Francis Teague and Jordan Bukater** [Doc. # 129, filed 11/14/2008] (the "Motion for Additional Witnesses").

I held a hearing on these motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Reconsideration is DENIED.

IT IS FURTHER ORDERED that the Motion for Additional Witnesses is DENIED.

Dated November 25, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge