IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02254-PAB-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

1. **Plaintiff's Motion Requesting Arrangements to Ensure the Integrity of Witness, Dennis Blay's Affidavit** [Doc. #104, filed 9/15/08] (the "Motion re Affidavit");

2. **Plaintiff's Motion Requesting Intervention Pursuant to Fed.R.Civ.P. 24** [Doc. #109, filed 9/22/08] (the "Motion for Intervention");

3. **Plaintiff's Motion for Extension of Time to Submit Dispositive Motions** [Doc. # 111, filed 10/6/2008] ("Plaintiff's Motion to Extend");

4. **Uncontested Motion to Extend Dispositive Motion Deadline** [Doc. # 112, filed 10/6/2008] (the "Motion to Extend"); and

5. **Plaintiff's Motion to Withdraw the Plaintiff's Motion for Extension of Time to Submit Dispositive Motions** [Doc. # 139, filed 11/18/2009] (the "Motion to Withdraw Plaintiff's Motion to Extend").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion re Affidavit and the Motion for Intervention are GRANTED to require the Department of Corrections to provide to Mr. Irons on or before **December 11, 2008**, the original of the Affidavit of Witness Testimony of Dennis-Michael: Blay dated August 25, 2008, and submitted as Exhibit C during the hearing, and are DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion to Extend is GRANTED. The dispositive motion deadline is extended to and including **January 12, 2009**.

IT IS FURTHER ORDERED that the Motion to Withdraw Plaintiff's Motion to Extend is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff's Motion to Extend is DENIED as withdrawn.

Dated December 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge