IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02254-PAB-BNB

DAVID IRONS,

Plaintiff,

v.

TRAVIS TRANI,
RON JONES,
SHANE JOHNSON,
ENDRE SAMU,
ANITA BLOOR, and
COLORADO DEPARTMENT OF CORRECTIONS,

Defendants.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion Requesting Permission to Exceed 20 Pages for Submission of a Motion for Contempt** [docket no. 156, filed December 23, 2008] (the "Motion").

In light of the plaintiff's notice to the Court on December 29, 2008 [Doc. #158],

IT IS ORDERED that the Motion is DENIED AS MOOT.

IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

CASE MANAGER FOR:
DAVID W. IRONS #104968
FREMONT CORRECTIONAL FACILITY
P. O. BOX 999
CANON CITY, CO 81215-0999


DATED: December 31, 2008